IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


OTTO DENTAL SUPPLY, INC.                                        PLAINTIFF


v.                              No. 4:06CV01610 GH


KERR CORPORATION; SYBRON DENTAL
SPECIALTIES, INC.; AND DANAHER CORPORATION              DEFENDANTS


## ORDER

Pursuant to the December 5th stipulation for order of dismissal, plaintiff's claims against

Sybron Dental Specialities, Inc. and Danaher Corporation are hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of December, 2006.


_George Howard, Jr_
UNITED STATES DISTRICT JUDGE