# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**OTTO DENTAL SUPPLY, INC.**                                                                 **PLAINTIFF**

V.                                        4:06CV01610-WRW

**KERR CORPORATION**                                                                    **DEFENDANT**

## ORDER

1. **Defendant's Motion to Exclude Ralph Scott** (Doc. No. 23) is DENIED.

2. **Defendant's Motion in Limine** (Doc. No. 58) is DENIED.

3. **Defendant's Motion in Limine re Fraud** (Doc. No. 59) is DENIED, since it appears to me that this is a motion to dismiss a claim, rather than a motion in limine.

4. **Defendant's Motion in Limine** (Doc. No. 61) is DENIED as to Sections 2, 3, and 4. There is no ruling on Section 1, at this time, because I don't understand the objection.

5. **Plaintiff's Motion in Limine** (Doc. No. 64) is GRANTED in part and DENIED in part. Section 1 is denied. Section 2 is granted, unless a proper foundation is laid. Section 3 is denied as moot, based on Defendant's response. Section 4 is taken under advisement -- if Defendant has other grounds, it must immediately disclose them to Plaintiff. Regarding Section 5, I intend to follow the Federal Rules of Civil Procedure and case law regarding expert testimony.

IT IS SO ORDERED this 23d day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE