**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 18, 2008**

Mr. John V. Phelps
Womack, Landis, Phelps & McNeill, P.A.
Post Office Box 3077
Jonesboro, AR 72403-3077

     Re: *Otto Dental Supply Inc. v. Kerr Corporation et al.*, 4:06-CV-01610-WRW

Dear Mr. Phelps:

I'll treat your letter of Nov. 17, 2008, as a Motion for Reconsideration.

Do you have case citations to support your request? If so, please fax your citations to me (copy to other counsel) by noon tomorrow, November 19, 2008.

                          Cordially,

                          /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record