**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 19, 2008**

Tony L. Wilcox
Brandon W. Lacy
Wilcox Parker Hurst Lancaster & Lacy PLC
Post Office Box 1733
Jonesboro, AR 72403-1733

William Clay Brazil
Brazil, Adlong & Winningham, PLC
1315 Main Street
Conway, AR 72034

John V. Phelps
Jeffrey W. Puryear
Womack, Landis, Phelps & McNeill, P.A.
Post Office Box 3077
Jonesboro, AR 72403-3077

  Re: *Otto Dental Supply Inc. v. Kerr Corporation et al.*, 4:06-CV-01610-WRW

Dear Counsel:

Oops! Mr. Phelps's citations persuade me that Plaintiff can pursue treble damages, but not punitives.

Accordingly, it is so ordered.

            Cordially,

            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court